*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 19-BG-1123

IN RE DONALD R. HARRIS, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals
(Bar Registration No. 485340)

On Report and Recommendation
Of the Board on Professional Responsibility
(DDN 364-17)

(Decided March 26, 2020)

Before: FISHER, THOMPSON, and MCLEESE, *Associate Judges*.

PER CURIAM: In this case, the Board on Professional Responsibility accepted the recommendation of Hearing Committee Four that respondent be suspended pursuant to D.C. Bar R. XI § 13(c). In its report, the Board stated that this matter was referred to the Committee after respondent, who was previously charged in a separate disciplinary proceeding with either reckless or intentional misappropriation of entrusted funds, failed to comply with conditions imposed to

protect the public while he continued to practice law pending the conclusion of his disciplinary matter (Board Docket No. 19-BD-004). Specifically, in response to that earlier disciplinary complaint, respondent asserted he suffered from a disability that entitled him to mitigation of the disciplinary sanction. When respondent first failed to comply with the conditions, Disciplinary Counsel filed a motion to reconsider and the Board imposed additional conditions and warned respondent that his failure to comply could subject him to the revocation of conditions and the imposition of a suspension. Respondent again failed to comply, and the Board referred the matter to Hearing Committee Four, which determined that respondent was non-compliant and recommended that he be suspended pending disposition of his original disciplinary proceeding. In response, the Board accepted the recommendation and requests that this court immediately suspend respondent pursuant to D.C. Bar R. XI § 13(c).

Respondent has failed to respond to this court's order directing him to show cause why he should not be suspended. Further, respondent previously acknowledged that he failed to comply with the imposed conditions that would permit him to practice law while his disciplinary case was pending. In light of the Board's report, we conclude that respondent has asserted a disability that impairs his ability to practice law but has failed to comply with conditions imposed to

protect the public; therefore, a disability suspension pursuant to D.C. Bar R. XI § 13(c) is needed to protect the public. Accordingly, it is

ORDERED that Donald R. Harris is hereby suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI § 13(c) pending final resolution of his disciplinary proceedings in Board Docket No. 19-BD-004. It is

FURTHER ORDERED that respondent's attention is directed to the obligations of a suspended attorney found in D. C. Bar R. XI § 14.

*So ordered.*